UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATALIA MIDDLETON,

                          Plaintiff,

-against-

NYC HEALTH AND HOSPITALS LINCOLN EMERGENCY ROOM,

                          Defendant.

24-cv-8216 (ER)

ORDER OF SERVICE

---

EDGARDO RAMOS, United States District Judge:

      Plaintiff is appearing *pro se*. On April 28, 2025, Plaintiff filed an amended complaint (ECF 8). She asserts claims, under 42 U.S.C. § 1983, for violations of her constitutional rights, as well as state law claims. By order dated November 8, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

## DISCUSSION

      Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

      To allow Plaintiff to effect service on Defendant New York City H + H (named herein as "NYC Health and Hospitals Lincoln Emergency Room") through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

(USM-285 form) for Defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the amended complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is further instructed to issue a summons for Defendant New York City H + H, complete the USM-285 form with the address for Defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

SO ORDERED.

Dated:   May 2, 2025
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

NYC Health + Hospitals
50 Water Street
17th Floor
New York, NY 10004