UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA MIDDLETON,

               Plaintiff,

– against –

NEW YORK CITY HEALTH AND HOSPITALS,

               Defendant.

**ORDER**

24 Civ. 8216 (ER)

Ramos, D.J.:

    Ms. Middleton, proceeding *pro se*, filed this action on October 28, 2024. Doc. 1. On July 2, 2025, New York City Health and Hospitals requested a pre-motion conference, seeking leave to file a motion to dismiss. Doc. 14. On July 7, 2025, the Court scheduled a pre-motion conference for August 1, 2025, and directed Ms. Middleton to respond to New York City Health and Hospitals' letter by July 21, 2025. Doc. 15. Ms. Middleton did not file a response. The Court held a pre-motion conference on August 1, 2025, however Ms. Middleton did not appear.

    New York City Health and Hospitals is granted leave to file its motion to dismiss by September 29, 2025. Ms. Middleton shall file a response by October 27, 2025. New York City Health and Hospitals shall file a reply by November 10, 2025.

It is SO ORDERED.

Dated:    August 1, 2025
             New York, New York

                                                               EDGARDO RAMOS, U.S.D.J.