UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA MIDDLETON,

           Plaintiff,

        – *against* –

NEW YORK CITY HEALTH AND HOSPITALS,

          Defendant.

**ORDER**

24-cv-8216 (ER)

RAMOS, D.J.:

Natalia Middleton, proceeding *pro se*, brought this action on October 28, 2024.  Doc. 1.

On July 2, 2025, New York City Health and Hospitals ("NYCHH") requested a pre-motion

conference, seeking leave to file a motion to dismiss.  On July 7, 2025, the Court directed

Middleton to respond to NYCHH's letter by July 21, 2025, and scheduled a pre-motion

conference for August 1, 2025.  Doc. 15.  Middleton did not file a response and did not appear at

the pre-motion conference.

On August 1, 2025, the Court granted NYCHH leave to file the motion to dismiss with

the following schedule:  motion due by September 29, 2025, opposition due October 27, 2025,

and reply due November 10, 2025.  Doc. 16.  On September 29, 2025, NYCHH filed a motion to

dismiss.  Doc. 18.  Middelton missed the October 27, 2025, deadline, and has yet to file her

opposition.

Middleton is directed to file an opposition to the motion to dismiss by February 10, 2026.

If Middleton files an opposition, NYCHH's deadline to reply will be February 24, 2026.  If

Middleton fails to file an opposition by February 10, 2026, the Court will consider the motion to dismiss fully briefed.

SO ORDERED.

Dated:    January 20, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.