UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA MIDDLETON,

              Plaintiff,

    – *against* –

NEW YORK CITY HEALTH AND
HOSPITAL,

              Defendant.

**<u>ORDER</u>**

24 Civ. 8217 (ER)

Ramos, D.J.:

Natalia Middleton, proceeding *pro se* and *in forma pauperis*, brought this action on October 28, 2024.  Doc. 1.  On July 2, 2025, New York City Health and Hospitals ("NYCHH") requested a pre-motion conference, seeking leave to file a motion to dismiss. On July 7, 2025, the Court directed Middleton to respond to NYCHH's letter by July 21, 2025, and scheduled a pre-motion conference for August 1, 2025.  Doc. 15.  Middleton did not file a response and did not appear at the pre-motion conference.  On August 1, 2025, the Court granted NYCHH leave to file the motion to dismiss with the following schedule:  motion due by September 29, 2025, opposition due October 27, 2025, and reply due November 10, 2025.  Doc. 16.  On September 29, 2025, NYCHH filed a motion to dismiss.  Doc. 18.  Middelton missed the October 27, 2025.  On January 20, 2026, the Court directed Middleton to file an opposition by February 10, 2026, and warned Middleton that the Court would consider the motion to dismiss fully briefed if Middleton missed that deadline.

On February 10, 2026, rather than file an opposition to NYCHH's motion to dismiss, Middleton filed a "Notice of Motion and Motion Under Federal Rule of Civil Procedure 17(a)."  Doc. 29.  The motion requests that the Court:  (1) declare that

petitioner Natalia Danielle Middleton is the party in interest pursuant to Rule 17(a); (2) permit substitution of Natalia Danielle Middleton for the current petitioner pursuant to Rule 17(a)(3); (3) prohibit dismissal of the action based on "real-party-in-interest grounds"; and (4) direct all pleadings and captions to reflect Natalia Danielle Middleton as the proper party. Doc. 29 at 6.

First, Middleton is already listed as the plaintiff in this case, and accordingly is the real party at interest. To the extent that Middleton is requesting that her middle name be added to the caption, the Court grants that request. This change does not affect any pending motions, as none are premised on "real-party-in-interest grounds." Second, as Middleton missed the February 10, 2026 deadline to file an opposition to NYCHH's motion to dismiss, Middleton is directed to file an opposition by **March 5, 2026**. If Middleton files an opposition, NYCHH's deadline to reply will be March 19, 2026. **If Middleton fails to file an opposition by March 5, 2026, the Court will consider the motion to dismiss fully briefed.**

The Clerk of Court is directed to change plaintiff's name from "Natalia Middleton" to "Natalia Danielle Middleton."

It is SO ORDERED.

Dated:    February 11, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2