**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
NATALIA DANIELLE MIDDLETON,

Plaintiff,

-against-

24 **CIVIL** 8216 (ER)

# JUDGMENT

NYC HEALTH AND HOSPITALS
LINCOLN EMERGENCY ROOM,

Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 9, 2026, NYCHH's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
July 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**